Mark L. Eisenhut, State Bar No. 185039
  meisenhut@calljensen.com
Samuel G. Brooks, State Bar No. 272107
  sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Galardi Group, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B., an minor, by and through his guardian *ad litem* LATOYA DOWNS; S.J., a minor by and through her guardian *ad litem* LATOYA DOWNS; and LATOYA DOWNS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; DANIEL HAHN; CHRISTINE LAKIN; JESSICA LENEHAN; PALADIN PRIVATE SECURITY, INC.; VALTIERRA (Badge #291); GALARDI GROUP, INC., dba WIENERSCHNITZEL; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.  2:20-cv-00830-JAM-CKD<br><br>**ORDER EXTENDING DEADLINE FOR GALARDI GROUP, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Current Reponse Due:   Aug. 31, 2020<br>New Response Due:     Sept. 28, 2020<br><br><br>Complaint Filed:   April 22, 2020<br>Trial Date:        None Set |

GAL02-88:20cv830.o.82820.docx:8-28-20                          - 1 -
ORDER EXTENDING DEADLINE FOR GALARDI GROUP, INC. TO RESPOND TO FIRST AMENDED COMPLAINT

1  On stipulation of the parties and good cause appearing, Galardi Group, Inc.'s
2  deadline to respond to the First Amended Complaint is continued from August 31, 2020
3  to September 28, 2020.
4
5  IT IS SO ORDERED.
6
7  Date:  August 28, 2020                    /s/ John A. Mendez_____
8                                            HON. JOHN A. MENDEZ
9                                            U.S. DISTRICT COURT JUDGE