# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B., an minor, by and through his guardian *ad litem* LATOYA DOWNS; S.J., a minor by and through her guardian *ad litem* LATOYA DOWNS; and LATOYA DOWNS, individually,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SACRAMENTO; DANIEL HAHN; CHRISTINE LAKIN; JESSICA LENEHAN; PALADIN PRIVATE SECURITY, INC.; VALTIERRA (Badge #291); GALARDI GROUP, INC., dba WIENERSCHNITZEL; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00830-JAM-CKD<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLANITIFFS TO FILE SECOND AMENDED COMPLAINT** |

**ORDER**

The Court is in receipt of the parties' Stipulation for Leave for Plaintiffs to File Second Amended Complaint. In accordance with the parties' Stipulation and good cause appearing therefrom, it is ordered as follows:

1. Plaintiffs are granted leave to file their Second Amended Complaint by April 28, 2021.
2. Defendants' answer to Plaintiffs' Second Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.
3. All days currently scheduled in this matter, including the trial date, are not affected by this order.

IT IS SO ORDERED.

DATED:  April 13, 2021            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE