# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B., a minor, by and through his guardian *ad litem* LATOYA DOWNS; S.J., a minor by and through her guardian *ad litem* LATOYA DOWNS; and LATOYA DOWNS, individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SACRAMENTO; DANIEL HAHN; CHRISTINE LAKIN; JESSICA LENEHAN; PALADIN PRIVATE SECURITY, INC.; VALTIERRA (Badge #291); GALARDI GROUP, INC., dba WIENERSCHNITZEL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00830-JAM-CKD<br><br>*Hon. John A. Mendez, District Judge*<br><br>**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFF I.B** |

1                              2:20-cv-00830-JAM-CKD

ORDER APPROVING COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFF I.B.

# **ORDER**

This Court, having considered Plaintiffs' Unopposed Motion for Approval of Compromise of Claims of Minor Plaintiff I.B., and GOOD CAUSE appearing therefore, hereby GRANTS the Motion and makes the following orders:

1. The settlement of minor plaintiff I.B.'s action against the Defendants in the net amount of $22,178.15 is also hereby approved.

2. The appointment of the guardian *ad litem* for Plaintiff S.J. is hereby terminated.

3. **Within 30 days of this Order**, Defendants City of Sacramento and Paladin Private Security, Inc., through counsel, shall prepare and deliver the drafts for the total gross settlement proceeds in the amount of $75,000, made payable to the "Law Offices of Dale K. Galipo, Client Trust Account." These funds shall be used to satisfy:

    a. The net settlement amount of $22,178.15 to Plaintiff I.B., to be placed in a blocked account and accessed Plaintiff I.B. reaches the age of eighteen (18) in May 2024.

    b. The net settlement amount of $9,505.28 to Plaintiff S.J.

    c. The net settlement amont of $15,842.97 to Plaintiff Latoya Downs.

    d. Attorney fees in the amont of $24,975 owed to the Law Offices of Dale K. Galipo

    e. Reimbursement of advanced litigation costs in the amount of $2,498.60 owed to the Law Offices of Dale K. Galipo.

4. All sums set forth herein constitute damages on account of personal physical injuries or physical illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

5. The Court retains jurisdiction over this settlement until all disbursements as outlined above have been made.

2   2:20-cv-00830-JAM-CKD

ORDER APPROVING COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFF I.B.

**IT IS SO ORDERED.**

DATED:  September 13, 2022     /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3    2:20-cv-00830-JAM-CKD

Order Approving Compromise of Claims of the Minor Plaintiff I.B.